NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**NEW VISION GAMING & DEVELOPMENT, INC.,**
*Appellant*

**v.**

**SG GAMING, INC., fka Bally Gaming, Inc.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2020-1399

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2018-00005.

-------------------------------------------------

**NEW VISION GAMING & DEVELOPMENT, INC.,**
*Appellant*

**v.**

**SG GAMING, INC., fka Bally Gaming, Inc.,**
*Appellee*

2                  NEW VISION GAMING & DEVELOPMENT, INC. v.
                                              SG GAMING, INC.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

———————————

2020-1400

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2018-00006.

———————————

**ON MOTION**

———————————

**O R D E R**

New Vision Gaming & Development, Inc. moves out of time and without opposition to voluntarily dismiss its Appeal No. 2020-1399 pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that Appeal No 2020-1399 is withdrawn.

(2)  Each side shall bear its own costs in Appeal No. 2020-1399.

(3)  The revised official caption for the remaining appeal, Appeal No. 2020-1400, is reflected in this order.

(4)  New Vision's principal brief is due no later than 30

NEW VISION GAMING & DEVELOPMENT, INC. v. SG GAMING, INC.    3

days from the date of this order.

FOR THE COURT

August 4, 2022                      /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court


ISSUED   AS   A   MANDATE   (as   to   2020-1399   only):
August 4, 2022